UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE AND GOLD FLEET,<br><br>    Defendant. | Case No. 22-cv-04493-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's motion to dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 12, 2022

_____
SALLIE KIM
United States Magistrate Judge